THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY E. BECOATS, Appellant.

Submitted September 27, 2010; decided October 14, 2010

Motion for assignment of counsel granted only to the extent that Donald M. Thompson, Esq., care of Easton Thompson Kasperek Shiffrin LLP, 16 West Main Street, Suite 243, Rochester, New York 14614 is assigned without fee to represent appellant on the appeal herein. Counsel may, however, apply for reimbursement of necessary disbursements incurred in connection with the assignment.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NADIRAH BROWN, Appellant.

Submitted September 27, 2010; decided October 14, 2010

Motion for assignment of counsel granted and David C. Schopp, Esq., the Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v JOHN FREEMAN, Respondent-Appellant.

Submitted September 27, 2010; decided October 14, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent-appellant on the appeal herein.